move for modification of the stay in the event that the plaintiff does not proceed with diligence; and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL GELLER, Respondent, v. ISABELLA A. WATTS and Another, Appellants.— Order, so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN LOWRY, INC., Respondent, v. ALRICH H. MAN and Another, Impleaded, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WONG AH JOE, Respondent, v. DOLLAR STEAMSHIP LINE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WILLIAM F. SCOTT, Respondent, v. HAROLD R. LISTER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SHIRLAINE HOLDING CORPORATION, Respondent, v. T. A. GILLESPIE COMPANY, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

H. RANDOLPH GUGGENHEIMER, Individually, etc., and Others, Respondents, v. ARTHUR G. DEANE and Another, Appellants, Impleaded, etc.— Order, so far as appealed from, affirmed, with ten dollars costs and disbursements, with leave to the defendants Arthur G. Deane and Certain-Teed Products Corporation to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FREDERICK S. LYMAN, Respondent, v. RICHARD H. SMITH, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ELMSBURY HOUSES, INC., Respondent, v. QUEENWEST REALTY CORPORATION and Others, Defendants. JACOB W. BLOCK, Referee, Respondent, Impleaded with DESIDER REALTY CORPORATION, Purchaser, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ELMSBURY HOUSES, INC., Respondent, v. QUEENWEST REALTY CORPORATION and Others, Defendants. JACOB W. BLOCK, Referee, Respondent, Impleaded with DESIDER REALTY CORPORATION, Purchaser, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of Supplementary Proceedings: RICHARD SICHEL, Judgment Creditor, Appellant, v. LOUISA HANDELSMAN, Judgment Debtor, Respondent. KARL TAUSIG, Third Party, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

RALEIGH W. DODSON, Appellant, v. JOSEPH C. HANDSHOE, Interpleaded and Substituted as Defendant in the Place and Stead of the MUTUAL LIFE INSURANCE